UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERRE FOUCHE', <br><br> Petitioner, <br><br> v. <br><br> R. PHILIP GUTIERREZ, WARDEN, ET AL., <br><br> Respondents. | No. CV 10-5432-RT (PJW) <br><br> J U D G M E N T |

Pursuant to the Order Dismissing Petition With Prejudice,

IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED:   <u>February 11, 2011</u>.


ROBERT J. TIMLIN
ROBERT TIMLIN
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\judgment.wpd